UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY, et al.,

                              Plaintiffs,

-v-                                           Case No. 05-72252
                                           Hon. Denise Page Hood

CENTRAL CONSTRUCTION, INC., and
CLAUDIO D'ALOISIO, individually,

                              Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

**CLAUDIO D'ALOISIO**

THIS MATTER having come before the Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said Motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW, THEREFORE, upon motion of David Eisenberg, co-counsel for the Plaintiffs,

IT IS ORDERED that Claudio D'Aloisio, whose address is 1286 Moore Road, Milford, MI 48381-3839, appear at the offices of Erman, Teicher, Miller, Zucker and Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on Tuesday, December 16, 2008, at 10:30 a.m. to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against the defendants on October 16, 2008.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records and papers in his possession, custody or control:

1

1. All checkbooks, check registers, check stubs, cancelled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which said defendants have or have had any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of defendants with the Internal Revenue Service, State of Michigan and any municipal governments, related to any income received, property owned, business activities, sales or intangibles tax, of defendants at any and all times during the period of three (3) years immediately preceding the date hereof.

3. All books of account and accounts receivable ledgers.

4. List of assets and liabilities.

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of defendants at any time during the five (5) years immediately preceding the date hereof.

6. Copies of all profit and loss statements and balance sheets relating to the affairs of defendants prepared by or on behalf of said defendant during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

7. Any and all payroll records of defendant Central Construction, Inc. for the time period May 2008 through the present date, or until the cessation of business, the first to occur. This includes all employee time cards, itemized payroll records, paycheck stubs, individual employee earning records, MESC contribution reports, IRS forms 940's, 941's, W-2's, W-3's and 1099's, and any and all other documents evidencing the accrual of manpower hours by employees of Central Construction, Inc. for the time period May 2008 through the present date, or until the cessation of business, the first to occur.

IT IS FURTHER ORDERED that said person is restrained from transferring or disposing of any of the company's property, whether now owned or hereafter acquired, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: November 5, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 5, 2008, by electronic and/or ordinary mail.

S/Lisa Ware for William F. Lewis
Case Manager